UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD H. SHERMAN, | No. 2:14-cv-0973 CKD P |
| Petitioner, | |
| v. | ORDER |
| J. SOTO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

Petitioner challenges his 2010 conviction for murder and related offenses in the Placer County Superior Court, resulting in a sentence of life without the possibility of parole plus twenty years. (ECF No. 1 at 1.) On the portion of the court's habeas form that requires a petitioner to list his or her grounds for relief and supporting facts, petitioner has written: "For all grounds, see accompanying petition for review and accompanying petition for review of co-defendant, in which petitioner joined." (Id. at 4.) Attached to the petition are appellate briefs submitted on behalf of petitioner (ECF No. 1-2) and his codefendant, Peter Schoemig (ECF No. 1-1).

1

Habeas Rule 2(c) requires that a petition 1) specify all grounds of relief available to the petitioner; 2) state the facts supporting each ground; and 3) state the relief requested.  Notice pleading is not sufficient; rather, the petition must state facts that point to a real possibility of constitutional error." Rule 4, Advisory Committee Notes, 1976 Adoption; see <u>Blackledge v. Allison</u>, 431 U.S. 63, 75 n. 7 (1977).  Allegations in a petition that are vague, conclusory, or palpably incredible are subject to summary dismissal.  <u>Hendricks v. Vasquez</u>, 908 F.2d 490, 491 (9th Cir. 1990).

Here, petitioner's submission of his and his co-defendant's appellate briefs, without more, is not sufficient to specify all grounds of relief and supporting facts, as the court's form requires. Accordingly, the court will summarily dismiss the petition pursuant to Rule 2(c).  Petitioner will be granted thirty days to file an amended petition that complies with Rule 2(c) and all other applicable rules.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request for leave to proceed in forma pauperis (ECF No. 2) is granted;

2.  The petition is dismissed without prejudice pursuant to Habeas Rule 2(c);

3. Petitioner is granted thirty days from the date of this order to file an amended petition as described above; and

4.  Petitioner's failure to timely file an amended petition will result in a recommendation that this action be dismissed.

Dated:  May 15, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / sher0973.R2(c)