1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DONALD H. SHERMAN,                    No.  2:14-cv-0973 CKD P

12              Petitioner,

13        v.                               ORDER AND

14   J. SOTO,                              FINDINGS AND RECOMMENDATIONS

15              Respondents.

16

17        By order filed May 15, 2014, petitioner's habeas application was dismissed and thirty

18   days' leave to file an amended application was granted.  The thirty day period has now expired,

19   and petitioner has not responded to the court's order.

20        Accordingly, IT IS HEREBY ORDERED that the Clerk of Court assign a district judge to

21   this action.

22        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See

23   Local Rule 110; Fed. R. Civ. P. 41(b).

24        These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26   after being served with these findings and recommendations, petitioner may file written

27   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

28   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

1

1   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

2   F.2d 1153 (9th Cir. 1991).

3   Dated:  June 24, 2014

4   _____
    CAROLYN K. DELANEY

5   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10  2 / sher0973.fta.hab

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28